Rowena Santos (SBN 210185)
rsantos@slpattorney.com
Rodney Gi (SBN 268687)
rgi@slpattorney.com
Eleazar D. Kim (SBN297876)
ekim@slpattorney.com
STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiff ABRAHAM FOROUZAN

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM FOROUZAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>BMW OF NORTH AMERICA, LLC, et al.,<br><br>        Defendants. | **CASE NO.:  2:17-cv-3875-DMG-GJS**<br><br>[Assigned to the Hon. Dolly M. Gee]<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S TRIAL BRIEF RE: LEASE DAMAGES**<br><br>Trial:  September 25, 2018, 8:30 a.m. |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Abraham Forouzan respectfully requests that this Court take judicial notice of the following document in support of Plaintiff's Trial Brief re: Lease Damages:

1) The following excerpt from the deposition transcript of Salvador Santillan, PMQ for California Department of Consumer Affairs, Arbitration Certification Program ("ACP") offered in the matter of *Ramon Alvez and Barbara Souza v. Kia Motors America, Inc.*, Los Angeles Superior Court Case No. BC608207, taken October 4, 2017, pages 61:23-63:4 (A true and correct copy of the pertinent pages is attached hereto as Exhibit 1):

```
BY MS. LEE
23 Q. And going back to the topic in the deposition
24 subpoena with regards to the ACP's policies and
25 procedures regarding repurchase and replacement calculations
1  pursuant to the Song-Beverly Consumer
2 Warrant Act, what is the ACP's policy -- what is -- what
3 are the ACP's policies and procedures regarding
4 replacement and repurchase calculations pursuant to
5 Song-Beverly?

[Objection]

12 THE WITNESS: I guess it would be that the --
13 that the programs and manufacturers comply with the
14 California Civil Code 1793.2(d)(2) or -- excuse me --
15 (d)(2), yes, as it pertains to a replacement or a
16 repurchase or a restitution.

17 BY MS. LEE:
18 Q. And what would the policies and procedures
19 regarding repurchase calculations for a leased vehicle
20 be?

[Objection]
23 THE WITNESS: They would be the same as for a
```

```
24 purchased vehicle.
25 ///
1 BY MS. LEE:

2 Q. The calculation would be the same as for a
3 purchase vehicle?
4 A. Yes, I believe so.
```

BMW's Better Business Bureau Auto Line program has been certified by the ACP, a bureau within the California Department of Consumer Affairs charged with certification and review of the qualified dispute resolution process set forth in the Tanner Consumer Protection Act, Civil Code section 1793.22. (*Department of Consumer Affairs v. Superior Court* (2016) 245 Cal.App.4th 256, 260; see Bus. & Prof. Code, §§ 472–472.5 [certification of third party dispute resolution processes for new motor vehicles]; Cal. Code of Regs., tit. 16, §§ 3396.1 to 3399.6 [arbitration certification program].)[1]

//

---

[1] Additionally, arbitrators rendering a decision under a qualified program must take into account the written warranty and the rights and remedies conferred in regulations of the Federal Trade Commission contained in Part 703 of Title 16 of the Code of Federal Regulations. (Civ. Code, § 1793.22, subd. (d)(7).). See also *Freas v. BMW of N. Am., LLC*, No. 3:17-cv-01761-H-AGS, 2018 WL 3642130 (S.D. Cal. Aug. 1, 2018) (holding that BMW, represented by the same defense counsel in as this matter does not have a qualified arbitration program because it does not meet the standards of Federal Trade Commission contained in Part 703 of Title 16 of the Code of Federal Regulations.)

It is Plaintiff's contention that, if Defendant BMW of North America LLC is in compliance with the California Department of Consumer Affairs ACP as they claim, then the ACP policies and procedures regarding repurchase calculations for a leased vehicle as testified to by Mr. Santillan above should be the measure of Plaintiff's damages in this matter[2].

Dated: September 27, 2018             Strategic Legal Practices, APC

                                      By: /s/ *Eleazar Kim*
                                          Eleazar Kim
                                          Attorneys for Plaintiff

---

[2] If Defendant is not in fact following the ACP, then Defendant's arbitration program is not qualified and therefore Plaintiff is entitled to the statutory presumption under California Civil Code Section 1793.22 (d) regarding the requirements of a qualified arbitration program.

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018 I filed the foregoing document entitled **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S TRIAL BRIEF RE: DAMAGES** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ *Eleazar D. Kim*
Eleazar D. Kim