UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-3875-DMG (GJSx) |
| Title: | Abraham Forouzan v. BMW of North America, LLC, et al. |
| Date | September 27, 2018 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Rowena G. Santos<br>Rodney Gi<br>Eleazar D. Kim | Richard L. Stuhlbarg<br>Claire E. Dietrich |

_____ Day Court Trial     3rd Day Jury Trial

_____ One day trial:   X   Begun (1st day);   X   Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____ Plaintiff/Defendant
_____ Witnesses called, sworn and testified.   X   Exhibits Identified   X   Exhibits admitted.
X   Plaintiff(s) rest.   X   Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____ _____ plaintiff(s) _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to September 28, 2018 at 9:00 a.m. for further trial/further jury deliberation.
_____ Other:

4 : 35

Initials of Deputy Clerk     KT

cc: