## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-3875-DMG (GJSx) | Date | September 28, 2018 |
| Title: | Abraham Forouzan v. BMW of North America, LLC, et al. | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Rowena G. Santos | |
| Rodney Gi | Richard L. Stuhlbarg |
| Eleazar D. Kim | Claire E. Dietrich |

_____    Day Court Trial    _____4th_____    Day Jury Trial

_____    One day trial:  __X__  Begun (1ˢᵗ day);  _____  Held & Continued;  __X__  Completed by jury verdict/submitted to court.

_____    The Jury is impaneled and sworn.

_____    Opening statements made by    Plaintiff/Defendant

_____    Witnesses called, sworn and testified.    _____  Exhibits Identified  __X__  Exhibits admitted.

_____    Plaintiff(s) rest.    _____  Defendant(s) rest.

__X__    Closing arguments made by    __X__  plaintiff(s)    __X__  defendant(s).    _____  Court instructs jury.

__X__    Bailiff(s) sworn.    __X__  Jury retires to deliberate.    _____  Jury resumes deliberations.

__X__    Jury Verdict in favor of    __X__  plaintiff(s)    defendant(s) is read and filed.

__X__    Jury polled.    _____  Polling waived.

__X__    Filed Witness & Exhibit Lists    __X__  Filed jury notes.    __X__  Filed jury instructions.

_____    Judgment by Court for    _____  plaintiff(s)    _____  defendant(s).

_____    Findings, Conclusions of Law & Judgment to be prepared by    _____  plaintiff(s)    _____  defendant(s).

_____    Case submitted.    _____  Briefs to be filed by

_____    Motion to dismiss by    _____  is    _____  granted.    _____  denied.    _____  submitted.

_____    Motion for mistrial by    _____  is    _____  granted.    _____  denied.    _____  submitted.

_____    Motion for Judgment/Directed Verdict by    _____  is    _____  granted.    _____  denied.    _____  submitted.

_____    Settlement reached and placed on the record.

__X__    Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____    Case continued to    _____    for further trial/further jury deliberation.

__X__    Other:    The Court receives jury note ## 1-3, and meets and confers with counsel as to each.

1    :    56

Initials of Deputy Clerk    KT

cc: