# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ABRAHAM FOROUZAN, | CASE NUMBER |
|---|---|
| PLAINTIFF v. | CV 17-3875-DMG (GJSx) |
| BMW OF NORTH AMERICA, LLC, et al., DEFENDANT. | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

    This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that Plaintiff Abraham Forouzan recover of the defendants BMW of North America, LLC the sum of $25,058.79.

Clerk, U. S. District Court

Dated: October 2, 2018          By   /s/ Kane Tien
                                                                   Deputy Clerk